PLAINTIFF,

RONALD R. COLSON

CIVIL ACTION NO.

V.

COMPLAINT

JUDGE CAMACHO; JUDGE LOPEZ;
JUDGE LASAK; A.D.A SCOTT BRENNAN;
A.D.A CHRISTIE McCOY; A.D.A PETER LOMP;
JOHN SCARPA; WYATT GIBBONS;
AND DEFENDANTS JOHN DOE 1-7; VANGUARD BAILBONS;

JURY TRIAL DEMANDED

DEFENDANTS

## 1. JURISDICTION AND VENUE

THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C SECTION 1983 TO REDRESS THE DEPRIVATION UNDER COLOR OF STATE LAW OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATE. THE COURT HAS JURISDICTION UNDER 28 U.S.C SECTION 1331 AND 1343(A)(3). THE PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF IS AUTHORIZED BY 28 U.S.C SECTION 2283 AND 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEEDURE. THE PLAINTIFF ALSO SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C SECTION 2201 AND 2202

2. THE EASTERN DISTRICT OF NEW YORK IS AN APPROPRIATE VENUE UNDER 28 U.S.C SECTION 1391(b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURED.

## 2. PLAINTIFF

DOWNSTATE CORRECTION FACILITY
RONALD R. COLSON 121 REDSCHOOLHOUSE RD. P.O BOX 445 FISHKILL, NY 12524
AND/OR
144-33 183RD ST. JAMAICA, NY 11413

## 3. DEFENDANTS

1) JUDGE CAMACHO, 125-01 QUEENS BLVD. KEW GARDENS, NY 11415    DEFENDANT #1
2) JUDGE LOPEZ, 125-01 QUEENS BLVD. KEW GARDENS, NY 11415    DEFENDANT #2
3) JUDGE LASAK, 125-01 QUEENS BLVD. KEW GARDENS, NY 11415    DEFENDANT #3

1

4.) A.D.A-SCOTT BRENNAN, 125-01 QUEENS BLVD. KEW GARDENS, NY 11415    DEFENDANT #4
5.) A.D.A-CHRISTIE McCOY, 125-01 QUEENS BLVD. KEW GARDENS, NY 11415    DEFENDANT #5
6.) A.D.A-PETER LOMP, 125-01 QUEENS BLVD. KEW GARDENS, NY 11415    DEFENDANT #6
7.) JOHN A. SCARP, 125-10 QUEENS BLVD. KEW GARDENS, NY 11415    DEFENDANT #7
8.) WYATT GIBBONS, 125-10 QUEENS BLVD. KEW GARDENS, NY 11415    DEFENDANT #8
9.) VANGUARD BAILBONDS, 125-10 QUEENS BLVD. KEW GARDENS, NY 11415    DEFENDANT #9
10.) JOHN DOE 1, 92-08 222ND ST. QUEENS VILLAGE, NY 11428    105TH PRECINCT    DEFENDANT #10
11.) JOHN DOE 2, 92-08 222ND ST. QUEENS VILLAGE, NY 11428    105TH PRECINCT    DEFENDANT #11
12.) JOHN DOE 3, 92-08 222ND ST. QUEENS VILLAGE, NY 11428    105TH PRECINCT    DEFENDANT #12
13.) JOHN DOE 4, 92-08 222ND ST. QUEENS VILLAGE, NY 11428    105TH PRECINCT    DEFENDANT #13
14.) JOHN DOE 5, 92-08 222ND ST. QUEENS VILLAGE, NY 11428    105TH PRECINCT    DEFENDANT #14
15.) JOHN DOE 6, 92-08 222ND ST. QUEENS VILLAGE, NY 11428    105TH PRECINCT    DEFENDANT #15
16.) JOHN DOE 7, 92-08 222ND ST. QUEENS VILLAGE, NY 11428    105TH PRECINCT    DEFENDANT #16

## FACTS

1. DEFENDANT CAMACHO LOWERED MY BAIL FROM $575,000.00 TO $175,000.00 TO WHICH I POSTED BAIL ON 8/5/11. THE DEFENDANT THEN SENT A WARRANT SQUAD TO MY HOUSE ON 8/9/11 TO BRING ME BACK TO JAIL, STATING THAT I WAS RELEASED ON THE "WRONG AMOUNT" OF BAIL. DEFENDANT CAMACHO WAS THE JUDGE WHO LOWERED THE BAIL, SIGNED OFF ON BAIL BONDSMAN'S PAPERWORK AND REVOKED MY BAIL AFTER BEING BRIBED BY DEFENDANT JOHN SCARPA. $8,500.00 WAS THE AMOUNT OF THE BRIBE FOR MY BAIL TO BE LOWERED FOLLOWING A DENIAL OF MY BAIL REDUCTION MOTION.

2. DEFENDANT LOPEZ SIGNED OFF ON A FRAUDULENT SEARCH WARRANT FOR MY RESIDENCE AFTER KNOWING THAT THE POLICE HAD ALREADY BEEN INSIDE OF MY HOME WITHOUT PERMISSION. HE ALSO SET AN EXTREMELY EXCESSIVE BAIL OF $500,000.00 FOR A ROBBERY CASE AND A REMAND FOR A POSSESSION CASE WHEN I WAS ARRAIGNED A DAY LATER IN FRONT OF HIM.

3. DEFENDANT LASAK CALLED ME A "NIGGA" OFF THE RECORD AND HAS DISCUSSED MY CASE OUTSIDE OF THE COURTROOM AND HAS SAID "HE WISHES THE KU KLUX KLAN WERE STILL AROUND KILLING NIGGERS SO HE COULD HAVE SCUM LIKE COLSON KILLED AND HUNG. IN ADDITION, ON ILLEGAL SIDE BARS HE CONTINUES TO REFER TO PLAINTIFF AS A "NIGGER WHO SHOULD BE            BACK TO AFRICA".

4. DEFENDANT SCOTT BRENNAN ATTEMPTED BY MEANS OF FRAUD TO FRAME ME BY USING BRIBES SO CONFIDENTIAL INFORMANTS WOULD COOPERATE WITH HIS FRAME UP. DEFENDANT ALSO USED THREATS OF JAIL TO INTIMIDATE AND THREATEN MY DEFENSE WITNESSES.

2

5. DEFENDANT CHRISTIE MCCOY PAID CONFIDENTIAL INFORMANT FOR TESTIMONY AGAINST ME, LEADING TO MY CONVICTION ON INDICTMENT # 1045/2011. AFTER THE DISMISSAL OF INDICTMENT # 10253/2011, SHE REFUSES TO RELEASE ANY OF MY PROPERTY SEIZED FROM A SEARCH WHICH CONSIST OF $640., 3 LAP TOP COMPUTERS, WALLET, AND OTHER UNKNOWN PROPERTY IN WHICH I NEVER RECEIVED A RECEIPT FOR. IN ADDITION THE DEFENDANT CONTINUALLY THREATENED AND INTIMIDATED MY DEFENSE WITNESS CAUSING A "HOSTILE WITNESS".

6. DEFENDANT PETER LOHP IS WITHOLDING EXCULPATORY EVIDENCE AS WELL AS NOT TURNING OVER ANY RELEVANT DISCOVERY OR ROSARIO MATERIALS FOR MY UNTRIED HOMICIDE CASE. DEFENDANT HAS BEEN COERCING WITNESSES AS WELL AS MAKING PROMISES OF LENIENCY TO WITNESSES FOR FALSIFIED TESTIMONY AGAINST ME.

7. DEFENDANT JOHN A. SCARPA MADE STATEMENT TO ME THAT HE WANTS TO "BANG" A.D.A MCCOY DURING MY TRIAL WHICH WAS VERY ODD, BEING MY PAID ATTORNEY. THERE WAS INADEQUATE REPRESENTATION FROM BEGINNING TO END. I INFORMED DEFENDANT OF EXCULPATORY EVIDENCE BEFORE MY ARRAIGNMENT IN WHICH I WAS ON CAMERA OF SEVERAL ESTABLISHMENTS AT THE TIME OF THE CRIME, HE DID NOTHING TO OBTAIN THE FOOTAGE. HE NEVER CALLED ON EXPERT WITNESSES ABOUT THE ALLEGED "CUTS" ON THE VICTIM'S FACE DESPITE LACK OF HOSPITAL REPORTS. I'VE BEEN IN THE COURTROOM NUMEROUS TIMES WITHOUT A LAWYER PRESENT IN WHICH DEFENDANT CAMACHO COMMENTED ON STATING "I MIGHT WANNA FIND A NEW LAWYER." I NEVER RECEIVED ANY PAPERWORK ON ANY OF MY CASES, STILL HAVEN'T AFTER A CONVICTION. DEFENDANT COAXED ME INTO PAYING FOR A FRAUDULENT BAIL REDUCTION AND ALSO TO PAY TO FILE A WRIT FOR A BAIL REDUCTION AFTER DEFENDANT CAMACHO SHAMMED ON THE FIRST DEAL. I ALSO INFORMED DEFENDANT OF SIX OTHER WITNESSES I HAD IN WHICH NONE OF THEM WERE CALLED UPON TO TESTIFY ON MY BEHALF. THE DEFENDANT INFORMED ME THAT IF I PAID HIM TO PAY OFF ANOTHER JUDGE THAT I WOULD BE EXONERATED AND I WOULD "DEFINITELY" BE TREATED MORE FAIRLY, IN WHICH I DECLINED.

8. WYATT GIBBONS DEFENDANT KEEP PRESSURING ME INTO TAKING A PLEA BARGAIN STATING TO ME THAT HE FEELS THAT I AM GUILTY SO HE WILL NOT REPRESENT ME TO HIS FULL CAPACITY. I KEEP REQUESTING ALL OF MY DISCOVERY THAT HE HAS THUS FAR AND HE KEEPS DECLINING MY REQUEST SAYING THAT ALL IT IS, IS A BUNCH OF HOSPITAL RECORDS. I ASKED HIM TO EXCUSE HIMSELF FROM MY CASE AND HE TOLD ME "GOOD LUCK TRYING", THE JUDGE AS WELL AS THE A.D.A ARE DEFENDANTS PERSONAL FRIENDS AND THEY KEEP SPEAKING ON ME OUTSIDE OF THE COURTROOM IN WHICH DEFENDANT BRINGS ME BACK SOME OF THE CONVERSATIONS FOR THE PURPOSE OF MY TAKE A TWENTY YEAR PLEA BARGAIN.

9. DEFENDANT VANGUARD BAILBONDS STOLE $16,075 IN A SCHEME WITH DEFENDANT CAMACHO TO DEFRAUD THE PLAINTIFF BY MEANS OF FRAUD AND LARCENY ON THE ORDERS OF DEFENDANT CAMACHO.

10. DEFENDANT JOHN DOE 1: ON APRIL 16TH, 2011 AT APPRX: 1:30PM AT 144-33 183RD ST. JAMAICA, NY 11413, WHICH IS MY HOME, DEFENDANT JOHN DOE 1 KICKED MY DOOR IN WITHOUT PERMISSION OCCOMPANIED BY SIXTEEN OTHER OFFICERS. ONCE IN CONTACT WITH ME THE DEFENDANT THEN THREW ME TO THE FLOOR AND PUT HIS GUN TO THE BASE OF MY SKULL YELLING PROFANITIES.

11. DEFENDANT JOHN DOE 2: ON APRIL 16TH, 2011 AT APPRX: 1:30PM AT 144-33 183RD ST. JAMAICA, NY 11413, WHICH IS MY HOME, DEFENDANT JOHN DOE 2 ENTERED MY HOME WITHOUT PERMISSION OCCOMPANIED BY SIXTEEN OTHER OFFICERS. DEFENDANT PLACED HANDCUFFS ON MY WRIST TO THE POINT OF BLOOD AND DRAGGED ME ACROSS THE FLOOR NAKED. DEFENDANT THEN REMOVED ME FROM MY HOME IN ONLY A BATH TOWEL ON A COLD AND RAINY DAY.

12. DEFENDANT JOHN DOE 3: ON APRIL 16TH, 2011 AT APPRX: 1:30PM AT 144-33 183RD ST. JAMAICA, NY 11413, WHICH IS MY HOME, DEFENDANT JOHN DOE 3 ENTERED MY HOME WITHOUT PERMISSION OCCOMPANIED BY SIXTEEN OTHER OFFICERS. DEFENDANT THEN PLACED HANDCUFFS ON MY SON'S MOTHER WHILE NAKED AND SAT HER ON THE COUCH IN FRONT OF NOTHING BUT MALE OFFICERS.

13. DEFENDANT JOHN DOE 4: ON APRIL 16TH, 2011 AT APPRX: 1:30PM AT 144-33 183RD ST. JAMAICA, NY 11413, WHICH IS MY HOME, DEFENDANT JOHN DOE 4 ENTERED MY HOME WITHOUT PERMISSION OCCOMPANIED BY SIXTEEN OTHER OFFICERS. DEFENDANT HAD HIS GUN DRAWN AND POINTING IT AT MY SON'S MOTHER AND HER TWO FRIENDS WHILE THEY WERE BEING HANDCUFFED AS THEY ALL WERE CRYING HYSTERICALLY OUT OF FEAR.

14. DEFENDANT JOHN DOE 5: ON APRIL 16TH, 2011 AT APPRX: 1:30PM AT 144-33 183RD ST. JAMAICA, NY 11413, WHICH IS MY HOME, DEFENDANT JOHN DOE 5 ENTERED MY HOME WITHOUT PERMISSION OCCOMPANIED BY SIXTEEN OTHER OFFICERS. DEFENDANT BEGAN TO SEARCH THROUGH ALL OF MY PERSONAL BELONGINGS WITHOUT PERMISSION, IGNORING MY REQUEST TO SEE AN ACTIVE SEARCH WARRANT.

15. DEFENDANT JOHN DOE 6: ON APRIL 16TH, 2011 AT APPRX: 1:30PM AT 144-33 183RD ST. JAMAICA, NY 11413, WHICH IS MY HOME, DEFENDANT JOHN DOE 6 ENTERED MY HOME WITHOUT PERMISSION OCCOMPANIED BY SIXTEEN OTHER OFFICER. DEFENDANT BEGAN TO SEARCH THROUGH MY KITCHEN TO WHICH HE CAME OUT WITH A BAG OF FLOUR FROM THE COUNTERTOP TO WHICH HE CLAIMED LOOKED LIKE COCAINE POWDER, TOTALLY IGNORING MY REQUEST TO SEE AN ACTIVE SEARCH WARRANT.

16. DEFENDANT JOHN DOE 7: ON APRIL 16TH, 2011 AT APPX: 1:30 PM AT 144-33 183RD ST JAMAICA, NY 11413, WHICH IS MY HOME, DEFENDANT JOHN DOE 7 ENTERED MY HOME WITHOUT PERMISSION, OCCOMPANIED BY SIXTEEN OTHER OFFICERS. DEFENDANT ENTERED ONE OF THE BACK ROOMS WITH HIS SERVICE WEAPON DRAWN ALONG WITH AN ADDITIONAL PISTOL DANGLING FROM HIS LEFT INDEX FINGER, IGNORING MY REQUEST TO SEE AN ACTIVE SEARCH WARRANT.

## LEGAL CLAIMS

PLAINTIFF REALLEGES AND INCORPORATES BY REFRENCE ALL OF THE ABOVE.

A.) THE DEFENDANTS AT ALL TIMES HEREIN ACTED UNDER COLOR OF STATE LAW AND ARE SUED IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES.

B.) THE DEFENDANTS HEREIN VIOLATED THE FORTH, EIGHTH, AND FOURTEENTH AMENDMENT UNITED STATES CONSTITUTIONAL RIGHTS OF THE PLAINTIFF, AND KNOWINGLY AND WILLINGLY DID SO.

C.) THE DEFENDANTS DID IN FACT VIOLATE THE PLAINTIFF'S RIGHT AGAINST ILLEGAL SEARCH AND SEIZURE WITH REGARD TO THE PLAINTIFF'S PROPERTY, VIOLATING HIS FOURTH AND FOURTEENTH UNITED STATES CONSTITUTIONAL RIGHTS.

D.) THE DEFENDANTS DID IN FACT VIOLATE PLAINTIFF'S RIGHTS AND BROKE THE LAW IN NOT RECUSING THEMSELVES DUE TO THE PERSONAL RELATIONSHIPS WITH OTHER DEFENDANTS FOR CONFLICT OF INTEREST.

## PRAYER FOR RELIEF

1. HEREIN, THE PLAINTIFF RESPECTFULLY PRAYS THAT A JUDGEMENT BE ENTERED IN FAVOR OF THE PLAINTIFF GRANTING $20,000,000.00 IN COMPENSATORY DAMAGES TO THE PLAINTIFF.

2. $30,000,000.00 IN PUNITIVE DAMAGES FROM EACH DEFENDANT TO THE PLAINTIFF.

3. PLAINTIFF DEMANDS A JURY TRIAL AS WELL AS A THOUROUGH INVESTIGATION OF THE CORRUPTION FOR ALL TRIABLE ISSUES HEREIN.

4. ANY AND ALL OTHER RELIEFS THE COURT FEELS JUST AND PROPER.

APRIL 14, 2014



PLAINTIFF

I HEREBY SWEAR UNDER PENALTY OF PERJURY THAT I HAVE MAILED A COPY OF THIS COMPLAINT TO THE EASTERN DISTRICT COURT OF NEW YORK, UNITED STATES DISTRICT COURT ON THIS 14TH DAY OF APRIL 2014.

*[signature]*
PLAINTIFF

6.

DOWNSTATE CORRECTIONAL FACILITY
BOX F
RED SCHOOLHOUSE ROAD
FISHKILL, NEW YORK 12524-0445

NAME: RONALD COLSON   DIN: 13AAA31

DOWNSTATE
☆
CORRECTIONAL
FACILITY



U.S DISTRICT COURT
 CHAMBERS OF
CHERYL POLLAK M.J
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

1120131898