| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | For Online Publication Only |
|---|---|
| RONALD COLSON,<br><br>                                                    Plaintiff,<br><br>- versus -<br><br>NEW YORK POLICE DEPARTMENT, et al.,<br><br>                                                    Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>13-CV-5394 (JG) |

JOHN GLEESON, United States District Judge:

There being no objection to the Report and Recommendation dated December 15, 2014, and because I agree with it, the Report and Recommendation is adopted in its entirety. Plaintiff's application for leave to amend claims against Judge Camacho, Judge Lopez, Judge Lasak, Scott Brennan, Christie McCoy, Peter Lomp, Wyatt Gibbons, John Scarpa, and Vanguard Bailbonds is denied. The motion to amend as to Detective Gary Haber, Detective Lennard Shulman, Detective Shepherd, Sergeant Michael Sykora, Officer Boyle, John Doe 4, and John Doe 7 is granted. Within forty-five (45) days, Corporation Counsel for the City of New York shall identify all police officers who entered plaintiff's home on April 16, 2011, and provide the addresses where those individuals can be served. Once the officers have been identified, the Complaint will be deemed amended to include their names, and the U.S. Marshals are ordered to effect service at that time.

                                                                                                So ordered.


                                                                                                John Gleeson, U.S.D.J.

Dated: January 5, 2015
           Brooklyn, New York